# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUCIA GOMEZ DE LA CRUZ,** | |
| **Plaintiff,** | |
| v. | **CIVIL NO. 15-1250 (PAD)** |
| **HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA, et al.,** | |
| **Defendants.** | |

## JUDGMENT

In accordance with the Order issued today (Docket No. 20), the court hereby enters judgment dismissing plaintiff's claims with prejudice, without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of March, 2016.

                                             S/Pedro A. Delgado-Hernández
                                             PEDRO A. DELGADO-HERNÁNDEZ
                                             United States District Judge